# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

    **ADV:** 11-90445

    **THOMAS & GLORIA FERNANDEZ VS AKIBA MINIEFEE**

|  |  |
|---|---|
| **Debtor:** | AKIBA TAMARA MINIEFEE |
| **Case Number:** | 11-11434-MM7       **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 21, 2013 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | KAREN CARTER |

### *Matter:*

    ORAL RULING REGARDING TRIAL ON COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

### *Appearances:*

    NO APPEARANCES

### *Disposition:*

    Oral ruling read into the record.  Order to be prepared by the Court.